UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. ) Criminal No. 05-437(RMC)
)
JANETTE FABER, )
)
      Defendant, )
)
and )
)
WELLS FARGO ADVISORS, )
)
      Garnishee. )

### ANSWER OF THE GARNISHEE

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is the Garnishee herein doing business in the name of

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That it is a member of the partnership named as garnishee.

IF GARNISHEE IS A CORPORATION:

    That it is the (state official title) __paralegal__ of the Garnishee, a corporation, organized under the laws of the State of __Delaware__

1. On __June 10, 2019__, the Garnishee was served with the Writ of Continuing Non-Wage Garnishment.



RECEIVED
Mail Room

JUL - 1 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

2. Are there any previous garnishments in effect?   YES ____   NO __X__

If the answer is yes, describe below.

_____

_____

_____

3. The Garnishee anticipates owing to the judgment-Defendant in the future, the following amounts: **NONE**

    Amount    Estimate date or Period Due

1. $_____

2. $_____

3. $_____

4. $_____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

4. The Garnishee makes the following claim of exemption on the part of the Defendant: **NONE**

5. The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to Defendant upon the United States' claim: **NONE**

6. The Garnishee is in no manner and upon no account indebted or under liability to the Defendant, Janette Faber, ~~and the Garnishee does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest~~, and is in no manner liable as the Garnishee in this action: __X__ YES   ____ NO

2

*See attached Exhibit A for a list of property belonging to the Defendant the Garnishee does have in its possession or control*

Case 1:23-mc-00061-ARM   Document 2   Filed 07/02/19   Page 3 of 3
Case 1:05-cr-00437-RMC   Document 16   Filed 07/02/19   Page 3 of 3

The Garnishee mailed a copy of this answer by first-class mail to (1) Clerk, U.S. District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, D.C. 20001; (2) the Defendant Janette Faber at 113 Lake Royale, Louisburg North Carolina, 27549 and (3) the attorney for the United States, Oliver W. McDaniel, Assistant United States Attorney, Civil Division, 555 Fourth Street, NW, Washington, D.C. 20530.

_Deborah O'Neil_
Garnishee
6-24-19

Printed Name: Deborah O'Neil
Address: One North Jefferson
Address: St. Louis MO 63103
Address:
Phone No: 866-622-4675 option 3

3